

ACCEPTED
04-15-00336-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/22/2015 4:03:15 PM
KEITH HOTTLE
CLERK

September 22, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/22/2015 4:03:15 PM
KEITH E. HOTTLE
Clerk

Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> **Re:** **Court of Appeals Number:** **04-15-00336-CV**
> **Trial Court Case Number:** **2013CII2008**
> **Style:** *Adolfo J. Carrera and Esperanza Gaytan, Individually and On Behalf of the Estate of Adolfo Carrera, Deceased v. Alice Yanez*

Dear Justices of the Fourth Court of Appeals:

Please be advised that Appellants will not be filing a Reply Brief in this matter. Instead, Appellants will stand on their factual contentions and legal arguments as asserted in their brief in chief. Additionally, Appellants hereby waive their original request for oral argument. Instead, Appellants will rely in confidence that the Court will rule on this matter in its good judgment and in the interest of justice.

Thank you to the Court for its consideration and attention to these important matters.

Cordially,

Mark Anthony Acuna, Esq.
Attorney for Appellants
Direct Dial: (210) 870-1522
Email: marka@jeffdavislawfirm.com

MAA/cav

cc:    Mr. William N. Alan IV          *Via Facsimile:  (210) 305-4219*
       *Attorney for Appellee*

Main Office: 10500 Heritage Blvd., Ste. 102 ■ San Antonio, TX ■ 78216

Ph: 210-444-4444 ■ www.jeffdavislawfirm.com